IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| In re:<br>James Alvin Roberts,<br><br>   Debtor. | Case No:  15-11184<br>Chapter:  13 |
|---|---|
| James Alvin Roberts,<br><br>   Plaintiff,<br><br>v.<br><br>Bass & Associates, P.C.,<br><br>   Defendant. | AP No.  15-01056 |

**APPLICATION FOR EMPLOYMENT OF PROFESSIONAL PERSON
FOR A SPECIFIC PURPOSE**

**PURSUANT TO LOCAL BANKRUPTCY RULE 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN _21 DAYS_ OF THE DATE OF SERVICE. RESPONSES MUST BE FILED WITH THE CLERK AND SERVED UPON THE MOVING PARTY. RESPONSES MUST BE FILED ELECTRONICALLY WITH THE CLERK OR BY U.S. MAIL ADDRESSED TO THE CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

This pleading is being filed and noticed pursuant to M.D. AL L.B.R. 9007-1 procedures for filing Applications to Employ Professional Persons.

  **COMES NOW** the undersigned counsel, Anthony B. Bush, and respectfully submits this

*Application for Employment of Professional Person for a Specific Purpose* (hereinafter,

"Application") and the accompanying *Affidavit* (*See* Exh. "A" attached hereto) pursuant to 11

1

U.S.C. §327 and Federal Rule of Bankruptcy Procedure 2014. In support of this Application, the undersigned counsel states as follows:

1. The Debtor desires to retain Anthony B. Bush, Attorney at Law, for the specific purpose of recovering damages arising out of a cause of action in favor of Debtor and against Bass & Associates, P.C. for its alleged violations of 15 U.S.C. § 1692, et seq. This matter was referred to the undersigned counsel by the Honorable David G. Poston, Debtor's Chapter 13 Bankruptcy Counsel (hereinafter, "Referring Attorney").

2. The undersigned counsel has no connection with the Trustee, Debtor, Creditors, the Bankruptcy Administrator, any party in interest, or any representative of such individuals or entities, other than as set forth within Exhibit "A".

3. The compensation of the undersigned counsel is requested on the following basis: Attorney's fees in an amount equal to fifty (50) percent of the total recovered proceeds plus any incurred expenses. In the event fees are sought and awarded, if such fees are less than fifty (50) percent of the total recovered proceeds, the undersigned counsel is entitled to an offset against the total recovered proceeds to bring his fee to a total of fifty (50) percent of the total recovered proceeds. In the event fees are sought and awarded, if such fees are more than fifty (50) percent of the total recovered proceeds, the undersigned counsel requests only reimbursement for expenses from the total recovered proceeds.

4. Exhibit "A" sets forth the details of the relationship between the undersigned counsel's and the Referring Attorney's firms, as applicable to the instant case including the division of attorney's fees in the event proceeds are recovered.

5. The undersigned counsel has received no compensation in connection with this representation prior to the filing of this Application.

6. The undersigned counsel acknowledges that he must make application to this Honorable Court for the approval of any settlement of the claims herein and, in the event of a settlement, for the approval of attorney's fees and/or expenses, as is applicable.

**RESPECTFULLY SUBMITTED** on this October 26, 2015.

/s/ Anthony B. Bush
Anthony Brian Bush, Esq.

**OF COUNSEL TO BROCK & STOUT, LLC**
Anthony B. Bush, Esq.
Counsel for Debtor / Plaintiff
529 South Perry Street, Ste. 22
Montgomery, Alabama 36104
Phone: (334) 263-7733
Facsimile: (334) 832-4390
Email: anthonybbush@yahoo.com
abush@bushlegalfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this October 26, 2015, I served a true and correct copy of the above Application as follows:

By CM/ECF:

All Parties of Record.

By fax or email:

By first class mail, postage prepaid and properly addressed:

/s/ Anthony B. Bush
Of Counsel